1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA SMART, on behalf of herself and all others similarly situated, | No. 2:22-cv-02092-DJC-JDP |
| Plaintiff, | |
| v. | |
| MASTEC SERVICES COMPANY, INC., a Florida corporation; SEFNCO COMMUNICATIONS, INC., a Florida corporation; and DOES 1-50, inclusive, | |
| Defendants. | |

| | |
|---|---|
| ANGEL PEREZ as an individual, on behalf of himself, and all persons similarly situated, | No. 2:23-cv-01947-DAD-DB |
| Plaintiff, | |
| v. | |
| MASTEC SERVICES COMPANY, INC., a Florida Corporation; MASTEC NETWORK SOLUTIONS, INC., a Florida corporation; MASTEC NETWORK SOLUTIONS, LLC, a Florida corporation; SEFNCO COMMUNICATIONS, INC., a Washington corporation; and DOES 1 to 10, inclusive, | RELATED CASE ORDER |
| Defendants. | |

1

1  Defendants MasTec Services Company, Inc. and SEFNCO Communications, Inc.

2  seek to relate the above-captioned actions.  Examination of these actions reveals that

3  they are related within the meaning of Local Rule 123(a).  Here, both actions

4  (1) involve the same Defendants, (2) are based on the same or similar claims covering

5  some of the same current and former employees of Defendants in overlapping

6  limitations periods, and (3) involve similar questions of fact and law.  *See* L.R. 123(a).

7  Accordingly, the assignment of these matters to the same judge is likely to effect a

8  substantial savings of judicial effort and is likely to be convenient for the Parties.

9  The Parties should be aware that while relating cases under Rule 123 causes the

10  actions to be assigned to the same judge, it does not consolidate the actions.  Under

11  Rule 123, related cases are generally assigned to the judge to whom the first filed

12  action was assigned.

13  As a result, it is hereby ORDERED that 2:23-cv-01947-DAD-DB is reassigned

14  from District Judge Dale A. Drozd and Magistrate Judge Deborah Barnes to the

15  undersigned and Magistrate Judge Jeremy D. Peterson.  Henceforth, the caption on

16  documents filed in the reassigned case shall be shown as 2:23-cv-01947-DJC-JDP.

17  It is further ORDERED that the Clerk of the Court make appropriate adjustment

18  in the assignment of civil cases to compensate for this reassignment.

19

20

21  IT IS SO ORDERED.

22  Dated:   **October 5, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

23

24

25

26

27  DJC4 – smart22cv02092.related_cases

28

2