1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLA SMART, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MASTEC SERVICES COMPANY, INC., a Florida Corporation; SEFNCO COMMUNICATIONS, INC., a Florida Corporation; and DOES 1-50, inclusive.<br><br>Defendants. | CASE NO.: 2:22-cv-02092-DJC-JDP<br><br>*Assigned to Hon. Daniel J. Calabretta*<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT FOR PURPOSES OF SEEKING SETTLEMENT APPROVAL ONLY** |

## ORDER

Plaintiff Kayla Smart ("Plaintiff") and Defendants Mastec Services Company, Inc. and Sefnco Communications, Inc. ("Defendants") (collectively, the "Parties") stipulation for an Order Remanding Action to State Court for Purposes of Seeking Settlement Approval Only, having come before the Court in the above-captioned matter, the Honorable Daniel J. Calabretta presiding and for good cause appearing therefor, including, without limitation, the agreed-upon settlement amount being less than $5 million and Plaintiff's contention that the jurisdictional minimum required for subject matter jurisdiction under 28 U.S.C. sections 1332, 1441 or otherwise is not met, rules that the Parties joint stipulation is APPROVED.

Pursuant to 28 U.S.C. section 1447(c), this action is hereby REMANDED to the Superior Court of the State of California, County of Sacramento, to seek settlement approval.

IT IS SO ORDERED.

Dated: February 16, 2024    /s/ Daniel J. Calabretta
_____
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE